Christopher E. Hawk – OSB #061635
chawk@grsm.com
David W. Corneil – OSB #210679
dcorneil@grsm.com
**Gordon Rees Scully Mansukhani, LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone:  (503) 222-1075
Facsimile:  (503) 616-3600

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ELIJAH STEWARD,<br><br>            Plaintiff,<br><br>    vs.<br><br>APPLIED GENETIC TECHNOLOGIES CORPORATION, AND CHRISTINE N. KAY, M.D,<br><br>            Defendants. | Civil Action No. 3:22-cv-01623-YY<br><br>**DEFENDANT APPLIED GENETIC TECHNOLOGIES CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

## LR 7-1 CERTIFICATE OF CONFERRAL

In compliance with LR 7-1, the undersigned counsel for Defendant Applied Genetic Technologies Corporation ("Defendant") certifies that we conferred with counsel for Plaintiff Elijah Steward ("Plaintiff") regarding the filing of this Motion.  Plaintiff's counsel indicated they do not oppose this Motion and would (with Court approval) stipulate to the relief Defendant requests herein.  Attached to this Motion as Exhibit 1 is an email from Plaintiff's attorney Alan Milstein approving the relief requested.  Defendant has not yet ascertained the identity of counsel for co-defendant Christine N. Kay in order to confer with them regarding this Motion.

---

| | |
|---|---|
| **DEFENDANT APPLIED GENETIC TECHNOLOGIES CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** - Page 1<br>(3:22-cv-01623-YY) | **Gordon Rees Scully Mansukhani, LLP**<br>1300 SW Fifth Ave., Suite 2000<br>Portland, OR  97201<br>Telephone: (503) 382-3851<br>Facsimile: (503) 616-3600 |

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b) and LR 16-3, and for the reasons set forth in the below Memorandum in Support, Defendant moves the Court for a 60-day extension to answer or otherwise respond to Plaintiff's Complaint. By filing this Motion, Defendant does not waive any pre-answer motion or affirmative defenses to Plaintiff's Complaint that would otherwise be available, including without limitation, defenses provided by Federal Rule of Civil Procedure 8(c) and 12(b).

## MEMORANDUM IN SUPPORT

Defendant hereby moves the Court for a 60-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. Defendant's response is currently due on December 8, 2022. This is Defendant's first request for an extension of time.

Defendant asks the Court to enter an order extending the time for it to file an answer or otherwise respond to the Complaint to (and including) February 6, 2022.

This unopposed Motion is made in good faith and not for the purpose of delay. Defense counsel requests the extension due primarily to the recent acquisition of Defendant Applied Genetic Technologies Corporation by another entity. This acquisition has resulted in several changes in key positions with Defendant, including decision makers who must participate in preparing and approving Defendant's response to the Complaint. No party is expected to be prejudiced if this motion is granted.

## CONCLUSION

Based on the foregoing, Defendant respectfully requests this Honorable Court extend the deadline for Defendant Applied Genetic Technologies Corporation to file its responsive pleading until February 6, 2023.

///

---

**DEFENDANT APPLIED GENETIC TECHNOLOGIES CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** - Page 2
(3:22-cv-01623-YY)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR  97201
Telephone: (503) 382-3851
Facsimile: (503) 616-3600

Dated:  December 6, 2022                               GORDON REES SCULLY MANSUKHANI, LLP


By: */s/ Christopher E. Hawk*
Christopher E. Hawk – OSB #061635
chawk@grsm.com
David W. Corneil – OSB #210679
dcorneil@grsm.com
*Attorneys for Defendants*

**DEFENDANT APPLIED GENETIC TECHNOLOGIES CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** - Page 3
(3:22-cv-01623-YY)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR  97201
Telephone: (503) 382-3851
Facsimile: (503) 616-3600

**Rosanna Greenwood**

| | |
|---|---|
| **From:** | Alan C. Milstein <AMilstein@shermansilverstein.com> |
| **Sent:** | Thursday, December 1, 2022 10:51 AM |
| **To:** | David Corneil |
| **Subject:** | Re: Steward v. AGTC - Response Extension |

Sure. You can have the extension.



Alan C. Milstein
Sherman, Silverstein, Kohl, Rose & Podolsky
308 Harper Drive
Moorestown, NJ 08057
Direct Dial 856-661-2078
Cell 215-919-1134

**From:** David Corneil <dcorneil@grsm.com>
**Date:** Thursday, December 1, 2022 at 1:31 PM
**To:** Alan C. Milstein <AMilstein@shermansilverstein.com>
**Cc:** robert@swiderhaver.com <robert@swiderhaver.com>, Christopher Hawk <chawk@grsm.com>
**Subject:** [External] Steward v. AGTC - Response Extension

> **Warning:** This email originated outside of Sherman, Silverstein, Kohl, Rose & Podolsky's organization. *Do not* click any links or open any attachments unless you recognize the sender and know the content is safe. If you have any questions, please contact Runwell Solutions.

Mr. Milstein,

Our office has been retained to represent AGTC in the Elijah Steward case filed out here in Oregon. I reached out to Mr. Swider (and left you a message) to seek a stipulation for an extension of 60 days to file AGTC's responsive pleading (current deadline is 12/8/22). The primary reason being that AGTC was acquired by Syncona, the transaction having officially closed today. Our contact within our client's legal department also left the company effective today so we are working to get new folks up to speed. Please let us know if you are amenable to a 60 day extension for AGTC's response.

Thanks,

1



**DAVID W. CORNEIL** | Senior Counsel

1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
D: 503-382-3892 | C: 619-348-8689 | dcorneil@grsm.com

www.grsm.com
vCard | Bio

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com